UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/6/2023
```

SHIVAN BASSAW, *Individually and on Behalf of All Others Similarly Situated*,

       Plaintiff,

   -against-

CLEAN CAUSE, INC.,

       Defendants.

22-cv-10995 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of a letter from the plaintiff stating that the parties have reached a settlement in principle [ECF No. 18]. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by April 10, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: **March 6, 2023**
    **New York, NY**

               */s/ Mary Kay Vyskocil*
               **MARY KAY VYSKOCIL**
               **United States District Judge**